■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS PREEDOM, Appellant. [750 NYS2d 542] —Appeal from a judgment of Wyoming County Court (Dadd, J.), entered March 8, 2001, convicting defendant upon his plea of guilty of attempted rape in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo,* 91 NY2d 733, 737). Present—Green, J.P., Wisner, Hurlbutt, Burns and Gorski, JJ.